## IN THE UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ABUBAKAR DABO | : | CIVIL ACTION |
| | : | |
| v. | : | NO.  26-4583 |
| | : | |
| J.L. JAMISON, JOHN E. RIFE, | : | |
| MARKWAYNE MULLIN, TODD | : | |
| BLANCHE, U.S. DEPARTMENT OF | : | |
| HOMELAND SECURITY, EXECUTIVE | : | |
| OFFICE OF IMMIGRATION REVIEW | : | |
| | : | |

## ORDER

**AND NOW**, this 2nd day of July 2026, upon consideration of Abubakar Dabo's petition

for writ of *habeas corpus* (DI 1), it is **ORDERED** that:

1.     No later than **July 7, 2026**, the government shall file a response to the petition

(DI 1).  Petitioner shall file any reply to the government's response no later than **July 10, 2026**.

2.     Pending consideration of the petition, the government **SHALL NOT**

**TRANSFER** petitioner out of the Eastern District of Pennsylvania.  *See Kuprashvili v.*

*Flanagan*, 2025 WL 2382059, at *1 (S.D.N.Y. June 30, 2025) (collecting cases staying removal

to preserve the status quo).

/s/ John F. Murphy
**MURPHY, J.**